**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
THE VINEGAR FACTORY, INC., et al.,

                        Plaintiffs,
      -against-                                        23 **CIVIL** 4967 (JMF)

                                                                             **JUDGMENT**

THE UNITED STATES SMALL BUSINESS
ADMINISTRATION et al.,

                        Defendants.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 13, 2024, Defendants' motion to dismiss for failure to state a claim must be and is GRANTED, and Plaintiffs' Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      March 13, 2024

                                                                             **RUBY J. KRAJICK**
                                                                                **Clerk of Court**

                                   **BY:**        *K. Mango*

                                                                                **Deputy Clerk**